UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED MAY 10 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| UNITED STATES OF AMERICA, | ) | Magistrate Docket No. |
| --- | --- | --- |
| Plaintiff, | ) | 18MJ2334 |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
|  | ) | Title 8, USC 1325 Illegal Entry (misdemeanor) |
| Modesto MARTIN-Chavez, | ) |  |
| Defendant. | ) |  |

The undersigned complainant being, duly sworn, states:

That on or about May 9, 2018, within the Southern District of California, defendant, Modesto MARTIN-Chavez, an alien, did knowingly enter or attempt to enter the United States at any time and place other than as designated by Immigration Officers, and elude examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325(a)(1).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
David R. Steiman
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,
THIS 10th DAY OF May, 2018.

BERNARD G. SKOMAL
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Modesto MARTIN-Chavez

### PROBABLE CAUSE STATEMENT

On May 9, 2018, Supervisory Border Patrol Agent J. Duncan was performing his assigned duties in the Brown Field Border Patrol Station's area of responsibility. At approximately 6:30 AM, as Agent Duncan was driving on Otay Mountain Truck Trail, he observed five individuals running uphill, out of a canyon, approximately 100 yards in front of him. As Agent Duncan approached, he observed the individuals cross over the trail and go into the dense brush. Agent Duncan responded to the area where he last saw the group, and observed fresh shoe prints and scuff marks going into the dense brush. After a brief search, Agent Duncan observed three individuals, including one later identified as the defendant, Modesto MARTIN-Chavez, laying in the brush. This area is located approximately three miles east of the Otay Mesa, California Port of Entry and approximately one and a half miles north of the United States/Mexico International Boundary. Agent Duncan identified himself as a Border Patrol agent and conducted an immigration inspection. All subjects, including MARTIN, stated that they are citizens and nationals of Guatemala and do not possess any immigration documents that would allow them to enter or remain in the United States legally. At approximately 7:05 AM, Agent Duncan placed all three individuals, to include MARTIN, under arrest. The remaining two individuals were arrested by a nearby Border Patrol agent.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen and national of Guatemala illegally present in the United States. MARTIN stated he joined the caravan in Tepic, Nayarit, Mexico. The defendant stated that he illegally entered the United States on May 9, 2018 with an intended destination of Boston, Massachusetts.